No. 6995.—PELÁEZ & Co. S. EN C., etc., apldos. v. RODRÍGUEZ, dmdo. y CRUET, Interventor.—C. D. Guayama. ▮▮▮▮▮▮ ▮▮▮▮▮▮ Marzo 27, 1935.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

A la moción de la parte apelada notificada al abogado de la parte apelante el 13 de marzo actual, pidiendo la desestimación del recurso por no ser apelable la orden recurrida ordenando dar posesión al ejecutante de la finca ejecutada dentro de un procedimiento sumario hipotecario, vista el 25 de marzo en curso con la sola asistencia de la parte apelada por su abogado, no siendo en verdad dicha orden apelable de acuerdo con la ley y lo resuelto por esta Corte en el caso de *Roig Commercial Bank* v. *Bustelo*, 44 D. P. R. 541, se desestima, por tal motivo, el recurso.

No. 6964.—FRANCESCHI, etc., apltes. v. LÓPEZ DE TORD, etc., apldos.—C. D. Ponce. ▮▮▮▮▮▮ ▮▮▮▮▮▮ Marzo 27, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia del apelante y no habiéndosenos convencido de que la sentencia apelada no sea apelable ni 'que el presente recurso sea claramente frívolo, no ha lugar, por ahora, a la desestimación solicitada.